In the Matter of WESLEY CHAPEL, INC., Respondent, v. JAN H. VAN DEN HENDE, as Mayor of the Incorporated Village of Pomona, et al., Appellants.— Motion by appellants for leave to appeal to the Court of Appeals and to stay enforcement of order of the Supreme Court, Rockland County, dated November 12, 1968, pending determination of such appeal to the Court of Appeals. Motion granted. In our opinion, questions of law have arisen which ought to be reviewed. Rabin, Acting P. J., Benjamin, Munder, Martuscello and Kleinfeld, JJ., concur.

In the Matter of DONALD E. ARCHER, Appellant, v. EVERETT F. McNAB et al., Constituting the Board of Elections of Suffolk County, Respondents. — In a proceeding to validate petitions designating appellant as a candidate in the Democratic Party Primary Election to be held on June 17, 1969 for nomination for the public office of Councilman of the Town of Huntington, the appeal is from an order of the Supreme Court, Suffolk County, entered June 6, 1969, which dismissed the petition in the proceeding. Order affirmed, without costs. No opinion. Beldock, P. J., and Rabin, J., concur; Benjamin, J., concurs, with additional reliance on the views set forth in his memorandum in *Matter of Costantini* v. *Board of Elections of Suffolk County* (32 A D 2d 794). Hopkins and Martuscello, JJ., dissent and vote to reverse the order and declare the designating petitions valid.

In the Matter of JEANETTE BOCKMAN et al., Appellants, v. WILLIAM D. MEISSER et al., Constituting the Board of Elections of Nassau County, and WILLIAM C. SORACE, Respondents.— In a proceeding to validate petitions designating appellants as candidates in the Democratic Party Primary Election to be held on June 17, 1969 for the Party position of County Committeeman for the 42d Election District of the 9th Assembly District, Nassau County, the appeal is from an order of the Supreme Court, Nassau County, entered June 4, 1969, which denied the application and dismissed the petition in this proceeding. Order affirmed, without costs. No opinion. Appellants are granted leave to appeal to the Court of Appeals. Questions of law have arisen which ought to be reviewed. Beldock, P. J., Rabin, Hopkins, Benjamin and Martuscello, JJ., concur.